# EXHIBIT A

IMDb | Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | All | Watchlist | Pro | IMDb Apps | Help | Login



**Dallas Buyers Club** (2013)
**Awards**                                                                 Edit

Showing all 45 wins and 30 nominations

### Academy Awards, USA 2014

| Won<br>Oscar | Best Performance by an Actor in a Leading Role<br>Matthew McConaughey<br><br>Best Performance by an Actor in a Supporting Role<br>Jared Leto<br><br>Best Achievement in Makeup and Hairstyling<br>Adruitha Lee<br>Robin Mathews |
|---|---|
| Nominated<br>Oscar | Best Motion Picture of the Year<br>Robbie Brenner<br>Rachel Winter<br><br>Best Achievement in Film Editing<br>Jean-Marc Vallée<br>Martin Pensa<br><br>Best Writing, Original Screenplay<br>Craig Borten<br>Melisa Wallack |

### Golden Globes, USA 2014

| Won<br>Golden Globe | Best Performance by an Actor in a Motion Picture - Drama<br>Matthew McConaughey<br><br>Best Performance by an Actor in a Supporting Role in a Motion Picture<br>Jared Leto |
|---|---|

### Screen Actors Guild Awards 2014

| Won<br>Actor | Outstanding Performance by a Male Actor in a Leading Role<br>Matthew McConaughey<br><br>Outstanding Performance by a Male Actor in a Supporting Role<br>Jared Leto |
|---|---|
| Nominated<br>Actor | Outstanding Performance by a Cast in a Motion Picture<br>Jennifer Garner |

**Dallas Buyers Club**

Opinion
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:

Like  37,276 people like this. Sign Up to see what your friends like.

**User Lists**                           Create a list »
Related lists from IMDb users


**NicoAllMeMovies**
a list of 2543 titles created 02 Dec 2011

**2013**
a list of 31 titles created 2 months ago

        Matthew McConaughey
        Jared Leto
        Denis O'Hare
        Dallas Roberts
        Steve Zahn

### Austin Film Critics Association 2013

**Won**
Austin Film Critics Award

Best Supporting Actor
Jared Leto

**Nominated**
Austin Film Critics Award

Best Film

### Australian Film Institute 2014

**Nominated**
AACTA International Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Boston Society of Film Critics Awards 2013

**Nominated**
BSFC Award

Best Supporting Actor
Jared Leto
(Ex aequo)

### Broadcast Film Critics Association Awards 2014

**Won**
Critics Choice Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
Critics Choice Award

Best Picture

### Central Ohio Film Critics Association 2014

**Won**
COFCA Award

Actor of the Year
Matthew McConaughey
For Mud and The Wolf of Wall Street

**2nd place**
COFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Chicago Film Critics Association Awards 2013

**Won**
CFCA Award

Best Supporting Actor
Jared Leto

**Nominated**
CFCA Award

Best Actor
Matthew McConaughey

### Chlotrudis Awards 2014

**Nominated**
Chlotrudis Award

Best Supporting Actor
Jared Leto

### Costume Designers Guild Awards 2014

**Nominated**
CDG Award

Excellence in Period Film
Kurt and Bart



**The Best movies that I've seen in 2013-2014**
a list of 37 titles created
1 month ago



**The 25 best movies of 2013**
a list of 25 titles created
1 month ago

**All Time Greatest...**
a list of 21 titles created
3 weeks ago

See all related lists »

### Dallas-Fort Worth Film Critics Association Awards 2013

**Won**
DFWFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
DFWFCA Award

Best Picture

### Florida Film Critics Circle Awards 2013

**Won**
FFCC Award

Best Supporting Actor
Jared Leto

### Golden Camera, Germany 2014

**Won**
Golden Camera

Best International Actor
Matthew McConaughey

### Gotham Awards 2013

**Won**
Best Actor

Matthew McConaughey

### Hollywood Film Festival 2013

**Won**
Hollywood Breakthrough Award

Breakthrough Actor
Jared Leto

**Won**
Hollywood Film Award

Actor of the Year
Matthew McConaughey

### Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

**Won**
Hollywood Makeup Artist and Hair Stylist Guild Award

Best Period and/or Character Makeup - Feature Films
Robin Mathews

### Image Awards 2014

**Nominated**
Image Award

Outstanding Independent Motion Picture

### Independent Spirit Awards 2014

**Nominated**
Independent Spirit Award

Best Male Lead
Matthew McConaughey

Best Supporting Male
Jared Leto

### Las Vegas Film Critics Society Awards 2013

**Won**
Sierra Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**2nd place**
Sierra Award

Best Picture

### London Critics Circle Film Awards 2014

**Nominated**
ALFS Award
Supporting Actor of the Year
Jared Leto

### Los Angeles Film Critics Association Awards 2013

**Won**
LAFCA Award
Best Supporting Actor
Jared Leto
Tied with James Franco for Spring Breakers (2012).

### National Board of Review, USA 2013

**Won**
NBR Award
Top Ten Independent Films

### National Society of Film Critics Awards, USA 2014

**2nd place**
NSFC Award
Best Supporting Actor
Jared Leto

### New York Film Critics Circle Awards 2013

**Won**
NYFCC Award
Best Supporting Actor
Jared Leto

### Online Film Critics Society Awards 2014

**Nominated**
OFCS Award
Best Supporting Actor
Jared Leto

### PGA Awards 2014

**Nominated**
PGA Award
Outstanding Producer of Theatrical Motion Pictures
Robbie Brenner
Rachel Winter

### Palm Springs International Film Festival 2014

**Won**
Desert Palm Achievement Award
Matthew McConaughey

### Phoenix Film Critics Society Awards 2013

**Won**
PFCS Award
Best Actor in a Leading Role
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

**Nominated**
PFCS Award
Best Picture

### Rome Film Fest 2013

**Won**
Associazione Italiana Autori della Fotografia Cinematografica (AIC) Award
Yves Bélanger

**Won**
Audience Award
Jean-Marc Vallée

**Won**
Best Actor
Matthew McConaughey

**Won**
Golden Butterfly
Jean-Marc Vallée

Jean-Marc Vallée

**Nominated**
Golden Marc'Aurelio Award

### San Diego Film Critics Society Awards 2013

**Won**
SDFCS Award

Best Supporting Actor
Jared Leto

**Nominated**
SDFCS Award

Best Actor
Matthew McConaughey

### San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### San Sebastián International Film Festival 2013

**Won**
Sebastiane Award

Jean-Marc Vallée

### Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award

Jared Leto

### Satellite Awards 2013

**Nominated**
Satellite Award

Best Actor in a Motion Picture
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

### Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award

Best Supporting Actor
Jared Leto

**2nd place**
SEFCA Award

Best Actor
Matthew McConaughey

**Nominated**
SEFCA Award

Best Picture

### Toronto Film Critics Association Awards 2014

**Won**
TFCA Award

Best Supporting Actor
Jared Leto

**3rd place**
TFCA Award

Best Actor
Matthew McConaughey

### Vancouver Film Critics Circle 2014

**Won**
VFCC Award

Best Supporting Actor
Jared Leto

**Nominated**
VFCC Award

Best Actor
Matthew McConaughey

### Washington DC Area Film Critics Association Awards 2013

**Won**
WAFCA Award

Best Supporting Actor
Jared Leto

| Nominated WAFCA Award | Best Actor Matthew McConaughey |

### Writers Guild of America, USA 2014

| Nominated WGA Award (Screen) | Best Original Screenplay Craig Borten (written by) Melisa Wallack (written by) |

### See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

### Contribute to This Page

Getting Started | Contributor Zone »

[Edit page]

### Recently Viewed

Manage your history



Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An            company.

**Amazon Affiliates**

| Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-873-195**

Effective date of registration:
November 13, 2013

## Title
- **Title of Work:** Dallas Buyers Club

## Completion/Publication
- **Year of Completion:** 2013
- **Date of 1st Publication:** November 1, 2013
- **Nation of 1st Publication:** United States
- **Preregistration:** PRE000006719

## Author
- **Author:** Dallas Buyers Club, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Dallas Buyers Club, LLC
- 2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay, preexisting music
- **Previous registration and year:** TXu 1-835-443  2012
- **New material included in claim:** all other cinematographic material

## Certification
- **Name:** Carly Seabrook
- **Date:** November 1, 2013

Registration #: PA0001873195
Service Request #: 1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 50.158.216.219 | 1/13/14 04:04:34 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | New Lenox |
| 2 | 75.150.254.233 | 1/13/14 08:50:37 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Business Communications | Illinois | Western Springs |
| 3 | 67.163.4.28 | 1/13/14 05:59:23 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Dekalb |
| 4 | 98.228.180.203 | 1/13/14 03:15:50 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Dekalb |
| 5 | 98.206.128.30 | 1/13/14 01:37:07 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Roselle |
| 6 | 50.172.226.74 | 1/12/14 05:15:30 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 7 | 67.174.21.54 | 1/12/14 03:44:13 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Willowbrook |
| 8 | 50.178.109.67 | 1/12/14 12:58:37 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Bridgeview |
| 9 | 24.15.106.217 | 1/12/14 02:29:00 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Crest Hill |
| 10 | 50.141.219.68 | 1/11/14 08:40:49 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Rockford |
| 11 | 71.194.233.144 | 1/10/14 01:04:57 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Niles |
| 12 | 24.1.37.136 | 1/10/14 02:12:44 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Naperville |
| 13 | 71.201.92.247 | 1/9/14 11:00:24 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Crystal Lake |
| 14 | 71.194.59.104 | 1/9/14 03:55:48 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Carpentersville |
| 15 | 71.201.215.207 | 1/9/14 02:41:58 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 16 | 74.93.66.18 | 1/9/14 01:58:03 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Business Communications | Illinois | Waukegan |
| 17 | 50.140.136.117 | 1/8/14 03:43:07 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Elmwood Park |
| 18 | 67.175.213.51 | 1/8/14 01:50:43 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 19 | 50.103.6.167 | 1/6/14 03:20:15 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Frontier Communications | Illinois | Byron |
| 20 | 67.184.151.171 | 1/6/14 02:55:44 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Aurora |
| 21 | 68.51.110.87 | 1/6/14 06:06:26 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 22 | 67.149.227.50 | 1/6/14 02:24:03 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | WideOpenWest | Illinois | Chicago Heights |
| 23 | 69.47.37.174 | 1/6/14 01:01:49 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | WideOpenWest | Illinois | Chicago |
| 24 | 24.13.46.115 | 1/6/14 12:43:04 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Mount Prospect |
| 25 | 50.103.12.92 | 1/5/14 11:12:02 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Frontier Communications | Illinois | Dekalb |
| 26 | 50.178.93.209 | 1/5/14 04:44:31 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Waukegan |
| 27 | 24.13.129.0 | 1/5/14 04:34:35 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Zion |
| 28 | 50.240.133.217 | 1/5/14 03:38:50 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Wilmette |
| 29 | 50.165.177.176 | 1/5/14 03:02:25 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Wilmington |
| 30 | 24.1.202.87 | 1/5/14 02:57:11 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Evanston |
| 31 | 24.1.225.67 | 1/5/14 12:08:01 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Aurora |
| 32 | 98.228.250.203 | 1/5/14 04:31:43 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Arlington Heights |
| 33 | 50.178.126.178 | 1/5/14 02:19:26 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Waukegan |