**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dallas Buyer Club, LLC
                              Plaintiff,

v.                                                     Case No.: 1:14−cv−02170
                                                       Honorable Matthew F. Kennelly

DOES 1−33
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 8/7/2014 and continued to 10/15/2014 at 9:30 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.